IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS ROSARIO-TORRES, | : | Civil No. 3:16-cv-1891 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT JAY LANE, PA STATE ATTORNEY GENERAL, | : | FILED SCRANTON<br>MAY 30 2017 |
| Respondents | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW**, this 30th day of May, 2017, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion (Doc. 4) to appoint counsel is **DENIED without prejudice.**

Robert D. Mariani
United States District Judge