# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESUS ROSARIO-TORRES,  :  Civil No. 3:16-cv-1891
      :
    Petitioner  :  (Judge Mariani)
      :
  v.  :
      :
SUPERINTENDENT JAY LANE, *et al.*,  :
      :
    Respondents  :

## ORDER

**AND NOW,** this _____ day of November, 2019, upon consideration of the

petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the

same date, **IT IS HEREBY ORDERED THAT:**

1.    The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED.**

2.    Petitioner's pending motion (Doc. 13) is **DISMISSED.**

3.    The Clerk of Court is directed to **CLOSE** this case.

4.    There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

Robert D. Mariani
United States District Judge